THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:25-cv-04013 ) |
| LLC INSURANCE AGENCY, INC., SUBGRADE SOLUTIONS LLC, . | ) Honorable Sara L. Ellis ) ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Associated Industries Insurance Company, Inc., by and through its attorneys, Cozen O'Connor, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, voluntarily dismisses this case with prejudice solely on the grounds set forth in Associated's pleading Dkt. No. 1, each party to bear its own fees and costs.

Dated: May 15, 2025

Respectfully submitted,

COZEN O'CONNOR

By: /s/ Michael J. Weiss

*Attorney for Plaintiff Associated Industries Insurance Company*

Gary L. Gassman
Michael J. Weiss
COZEN O'CONNOR
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 382-3100 (telephone)
(312) 382-8910 (facsimile)
ggassman@cozen.com
mjweiss@cozen.com

LEGAL\77429216\1